# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1444
Lower Tribunal No. 2024-SC-000832

_____

CORINE PACE,

Appellant,

v.

DESIGNER DENTAL,

Appellee.

_____

Appeal from the County Court for Highlands County.
Anthony L. Ritenour, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, GANNAM and KAMOUTSAS, JJ., concur.


Corine Pace, Wauchula, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED